UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

MICHAEL WHITE,

Plaintiff,

v.

NORTH COUNTY TRANSIT DISTRICT, et al.,

Defendants.

Case No.: 26-cv-740-RSH-VET

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On May 19, 2026, the Court issued an Order to Show Cause as to why Plaintiff's claims against Defendant North County Transit District ("NCTD") should not be dismissed for failure to prosecute. On June 8, 2026, Plaintiff filed a Notice of Voluntary Dismissal as to NCTD. ECF No. 8. The Notice satisfies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is effective upon filing. *See United States v. 475 Martin Lane*, 545 F.3d 1134, 1145–46 (9th Cir. 2008). Accordingly, Plaintiff's claims against NCTD are **DISMISSED WITHOUT PREJUDICE**.

///

///

///

1

26-cv-740-RSH-VET

In light of the above, the Court **DISCHARGES** its May 19, 2026 Order to Show Cause.

**IT IS SO ORDERED.**

Dated: June 9, 2026

_Hon. Robert S. Huie_
Hon. Robert S. Huie
United States District Judge